# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142759(94)

In re C.I. MORRIS, Minor.

SC: 142759
COA: 299471
Wayne CC Fam Div:
08-483987

_____

On order of the Chief Justice, the motion by the Legal Services Association of Michigan and the Michigan State Planning Body for leave to file as *amicus curiae* in support of the brief filed by the American Indian Law Section of the State Bar of Michigan is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

Clerk